### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **TARIQ FAROOQ** § | |
| § | |
| v.  § | NO. 4:24-CV-00336-ALM-BD |
| § | |
| **STANDARD CHARTERED BANK** § | |

### ORDER

Pro se plaintiff Tariq Farooq moved to proceed in forma pauperis. Dkt. 9. But this is a removal action where the filing fee has already been paid by the defendant. *See* Dkt. 1. The motion will be dismissed as moot.

Farooq also moved for permission to file electronically. Dkt. 13. The defendant did not respond. The motion will be granted, and the Clerk of Court will allow Farooq to "register as a Filing User in the Electronic Filing System solely for purposes of th[is] action." Loc. R. CV-5(a)(2)(B). Once registered, Farooq will be able to file electronically. But notwithstanding his pro se status, he will be required to comply with the Federal Rules of Civil Procedure and the court's Local Rules. His ability to file electronically is a privilege, not a right, and may be rescinded if abused.

It is **ORDERED** that the motion to proceed in forma pauperis, Dkt. 9, is **DISMISSED** as moot, and the motion for leave to file electronically, Dkt. 13, is **GRANTED**.

So **ORDERED** and **SIGNED** this 9th day of May, 2025.

_____
Bill Davis
United States Magistrate Judge