# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

TARIQ FAROOQ,                          §
                                       §
         *Plaintiff,*                  §    Civil Action No. 4:24-cv-00336
                                       §    Judge Mazzant/Judge Davis
v.                                     §
                                       §
STANDARD CHARTERED BANK,               §
                                       §
         *Defendant.*                  §
                                       §

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 15, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #25) that Defendant Standard Chartered Bank's Motion to Dismiss (Dkt. #3) be granted and Plaintiff Tariq Farooq's Motion for Leave to Amend (Dkt. #15) be denied. On January 29, 2026, Plaintiff filed Objections (Dkt. #28) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #28) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Standard Chartered Bank's Motion to Dismiss (Dkt. #3) is hereby **GRANTED** and Plaintiff Farooq's Motion for Leave to Amend (Dkt. #15) is hereby **DENIED.**

It is **FURTHER ORDERED** that Plaintiff Farooq's claims against Defendant Standard Chartered Bank are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED,** and the Clerk is directed to **CLOSE** this action.

**IT IS SO ORDERED**.

 **SIGNED this 25th day of February, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE